■ MESMER & SONS DAIRY, INC., Appellant, v HARTFORD INSURANCE GROUP, Respondent.—Judgment unanimously affirmed with costs. Memorandum: In this declaratory judgment action plaintiff seeks insurance coverage for damages sought by the Attorney-General in a special proceeding against it. Those damages, for severe emotional distress, humiliation and mental anguish, are not within the bodily injury coverage of the policy issued by defendant to Mesmer. *County of Chemung v Hartford Cas. Ins. Co.* (130 Misc 2d 648), relied on by plaintiff, is distinguishable. (Appeal from judgment of Supreme Court, Erie County, Fallon, J.—declaratory judgment.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.